IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ICH Intellectual Capital Holdings, Inc. | § § § | |
| vs. | § § | Civil Action No.6:11-cv-468 |
| Badger Meter, Inc., et al | § | |

ORDER

CAME ON THIS DAY for consideration the Agreed Motion to Dismiss this Action with prejudice of the claims and counterclaims asserted between Plaintiff, ICH and Defendants Badger Meter, Inc., Tantalus Systems Corp.; Tantalus Systems Inc.; ESCO Technologies Inc.; Aclara Technologies LLC (successor of Aclara Power-Line Systems Inc.); Landis+Gyr Inc. (including Landis+Gyr AG and Landis+Gyr Technologies LLC); Trilliant Networks Inc.; and the City of Winnsboro, Texas (collectively "Defendants Badger Meter, Inc. et al.")

The Court, being of the opinion that said motion should be GRANTED, it is hereby ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff, ICH Intellectual Capital Holdings, Inc. and Defendants Badger Meter, Inc. et al. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 5th day of August, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**