**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ICH INTELLECTUAL CAPITAL HOLDINGS, INC.** § § § | | |
| Plaintiff § § | Civil Action No.:6:11-cv-468 **LED-JDL** | |
| v. § § § | **JURY TRIAL DEMANDED** | |
| **BADGER METER, INC., et al.** § | | |

## FINAL JUDGMENT

Pursuant to the Order granting the parties' Joint Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff ICH Intellectual Capital Holdings, Inc. filed suit against twelve (12) Defendants in this case on September 8, 2011 (Doc. No. 1). Since that time, all Defendants have been dismissed: Badger Meter, Inc. (Doc. No. 186).; Mueller Water Products, Inc (Doc. No. 177); Transparent Technologies, Inc. (Doc. No. 186); Metron-Farnier, LLC (Doc. No. 186); Tantalus Systems Corp. (Doc. No. 186); Tantalus Systems, Inc. (Doc. No. 186); ESCO Technologies, Inc. (Doc. No. 186); Aclara Power-Line Systems Inc. (Doc. No. 186); Landis+Gyr Inc. (Doc. No. 186); Trilliant Networks Inc. (Doc. No. 186); Tropos Networks, Inc. (Doc. No. 180); and the City of Winnsboro, Texas (Doc. No. 186).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 5th day of August, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**